■ In the Matter of SHELDON SILVER et al., Respondents, v DAVID N. DINKINS, as Mayor of the City of New York, et al., Appellants. [602 NYS2d 540] —Judgment, Supreme Court, New

York County (Stephen Crane, J.), entered May 7, 1993, unanimously affirmed for the reasons stated by Crane, J., without costs and without disbursements. Concur—Rosenberger, J. P., Asch, Kassal and Rubin, JJ. *[See,* 158 Misc 2d 550.]